UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>    Defendant. | 1:24-cv-00014-EPG (PC)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $405.00 FILING FEE WITHIN THIRTY DAYS |

      Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS ORDERED that:

      1.    The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

      2.    Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $405.00 filing fee for this action.

\\\
\\\
\\\
\\\

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **January 8, 2024**                  /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE